544

*John A. Boykin, solicitor-general, Durwood T. Pye, E. E. Andrews,* contra.

**29234. OSBORNE v. THE STATE.**

MacINTYRE, J. The motion for new trial contains only the general grounds. The record discloses that the evidence for the State, if credible, was sufficient to support the verdict. The jury being the judges of the weight of the evidence, this court can not disturb the judgment refusing a new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 16, 1942.

*James R. Venable, Frank A. Bowers, B. J. Dantone,* for plaintiff in error.

*John A. Boykin, solicitor-general, Durwood T. Pye, J. R. Parham,* contra.